United States Bankruptcy Court
Southern District of Mississippi

In re:                                                                   Case No. 24-51522-KMS
Linda Ruth Gant                                     Chapter 13
        Debtor

# CERTIFICATE OF NOTICE

District/off: 0538-6                                User: mssbad                                   Page 1 of 1
Date Rcvd: Apr 15, 2025                       Form ID: pdf012                              Total Noticed: 1

The following symbols are used throughout this certificate:
**Symbol         Definition**

\+                  Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 17, 2025:**

**Recip ID**               **Recipient Name and Address**
db                        +    Linda Ruth Gant, 1400 Southside St, Mount Olive, MS 39119-4203

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 17, 2025                                  Signature:           /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 15, 2025 at the address(es) listed below:

| Name | Email Address |
|---|---|
| David Rawlings | ecfnotices@rawlings13.net  sduncan@rawlings13.net |
| Samuel J. Duncan | on behalf of Trustee David Rawlings sduncan@rawlings13.net |
| Thomas Carl Rollins, Jr | on behalf of Debtor Linda Ruth Gant trollins@therollinsfirm.com<br>jennifer@therollinsfirm.com;trollins.therollinsfirm.com@recap.email;notices@therollinsfirm.com;kerri@therollinsfirm.com;breanne@therollinsfirm.com;TRollins@jubileebk.net;calvillojr81745@notify.bestcase.com |
| United States Trustee | USTPRegion05.JA.ECF@usdoj.gov |

TOTAL: 4



**SO ORDERED,**

**Judge Katharine M. Samson**
**United States Bankruptcy Judge**
**Date Signed: April 15, 2025**

The Order of the Court is set forth below. The docket reflects the date entered.

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE SOUTHERN DISTRICT OF MISSISSIPPI**

IN RE:   Linda Ruth Gant, Debtor                                    Case No. 24-51522-KMS
                                                                                              **CHAPTER 13**

**ORDER GRANTING SECOND APPLICATION FOR ALLOWANCE OF**
**COMPENSATION AND REIMBURSEMENT OF NECESSARY EXPENSES**
**FOR THOMAS C. ROLLINS, JR.**

THIS CAUSE having come on for consideration of the Second Application for Allowance of Compensation and Reimbursement of Necessary Expenses for Thomas C. Rollins, Jr. [DK # 36 ] (the "Application") filed herein by counsel for the Debtor, the Court hereby orders as follows, to-wit:

IT IS THEREFORE ORDERED that Thomas C. Rollins, Jr. is awarded Attorney's fees in the amount of $1,422.50 and expenses in the amount of $60.42 for a total of $1,482.92.   The Trustee shall disburse an additional $1,482.92 to Thomas C. Rollins, Jr. as an administrative expense.  The Trustee may adjust the wage order as necessary.  The fee awards approved herein are approved on an interim basis, subject to a final fee application at the conclusion of this case, when all fees, including those awarded on an interim basis, shall be subject to final review.

##END OF ORDER##

SUBMITTED BY:
/s/ Thomas C. Rollins, Jr.
Thomas C. Rollins, Jr., (MSBN103469)
The Rollins Law Firm, PLLC
P.O. Box 13767
Jackson, MS 39236
(601)500-5533