**Fill in this information to identify the case:**

| | |
|---|---|
| Debtor 1 | Linda Ruth Gant |
| Debtor 2 (Spouse, if filing) | |
| United States Bankruptcy Court for the: | Southern District of Mississippi |
| Case number | 24-51522-KMS |

Official Form 410S1

# Notice of Mortgage Payment Change    12/15

If the debtor's plan provides for payment of postpetition contractual installments on your claim secured by a security interest in the debtor's principal residence, you must use this form to give notice of any changes in the installment payment amount. File this form as a supplement to your proof of claim at least 21 days before the new payment amount is due. See Bankruptcy Rule 3002.1.

**Name of creditor:** Sunbelt Federal Credit Union

**Court claim no.** (if known): _____

**Last 4 digits** of any number you use to identify the debtor's account: 2 2 0 9

**Date of payment change:**
Must be at least 21 days after date of this notice: 08/01/2025

**New total payment:**
Principal, interest, and escrow, if any: $ 948.71

## Part 1: Escrow Account Payment Adjustment

1. **Will there be a change in the debtor's escrow account payment?**

   ☐ No
   ☒ Yes. Attach a copy of the escrow account statement prepared in a form consistent with applicable nonbankruptcy law. Describe the basis for the change. If a statement is not attached, explain why: _____

   Current escrow payment: $ 202.58    New escrow payment: $ 366.63

## Part 2: Mortgage Payment Adjustment

2. **Will the debtor's principal and interest payment change based on an adjustment to the interest rate on the debtor's variable-rate account?**

   ☒ No
   ☐ Yes. Attach a copy of the rate change notice prepared in a form consistent with applicable nonbankruptcy law. If a notice is not attached, explain why: _____

   Current interest rate: _____%    New interest rate: _____%

   Current principal and interest payment: $ _____    New principal and interest payment: $ _____

## Part 3: Other Payment Change

3. **Will there be a change in the debtor's mortgage payment for a reason not listed above?**

   ☒ No
   ☐ Yes. Attach a copy of any documents describing the basis for the change, such as a repayment plan or loan modification agreement. (*Court approval may be required before the payment change can take effect*.)

   Reason for change: _____

   Current mortgage payment: $ _____    New mortgage payment: $ _____

Official Form 410S1    **Notice of Mortgage Payment Change**    page 1

| Debtor 1 | Linda Ruth Gant | Case number (if known) 24-51522-KMS |
|---|---|---|
| | First Name  Middle Name  Last Name | |

## Part 4: Sign Here

The person completing this Notice must sign it. Sign and print your name and your title, if any, and state your address and telephone number.

*Check the appropriate box.*

☐ I am the creditor.

☑ I am the creditor's authorized agent.

**I declare under penalty of perjury that the information provided in this claim is true and correct to the best of my knowledge, information, and reasonable belief.**

✘ /s/ Lisa Jefcoat
Signature

Date 07/03/2025

Print: Lisa Michelle Jefcoat
First Name  Middle Name  Last Name

Title Sr. Collector

Company Sunbelt Federal Credit Union

Address 6885 US Highway 49  #3
Number    Street

Hattiesburg                MS    39402
City                       State  ZIP Code

Contact phone 601-649-7181 ext 5040

Email _____

Official Form 410S1    **Notice of Mortgage Payment Change**    page **2**