# SUNBELT FEDERAL CREDIT UNION

## Annual Escrow Account Disclosure Statement
## Projections for Coming Year



LINDA R GANT
1400 SOUTHSIDE ST
MOUNT OLIVE MS 39119-4203

Account: L2

This is an estimate of activity in your escrow account during the coming year based on payments anticipated to be made from your account.

| Month | Deposits To | Payments From | Description | Balance |
|---|---|---|---|---|
| Starting Balance | | | | $1,839.33 |
| August 25 | $366.63 | $0.00 | | $2,205.96 |
| September 25 | $366.63 | $0.00 | | $2,572.59 |
| October 25 | $366.63 | $0.00 | | $2,939.22 |
| November 25 | $366.63 | $0.00 | | $3,305.85 |
| December 25 | $366.63 | $0.00 | | $3,672.48 |
| January 26 | $366.63 | $372.59 | COVINGTON COUNTY TAX C | $3,666.52 |
| January 26 | $0.00 | $260.54 | TOWN OF MOUNT OLIVE | $3,405.98 |
| February 26 | $366.63 | $2,520.00 | NATIONAL SECURITY GROU | $1,252.61 |
| March 26 | $366.63 | $0.00 | | $1,619.24 |
| April 26 | $366.63 | $0.00 | | $1,985.87 |
| May 26 | $366.63 | $0.00 | | $2,352.50 |
| June 26 | $366.63 | $0.00 | | $2,719.13 |
| July 26 | $366.63 | $0.00 | | $3,085.76 |

Your ending balance, from the last month of the account history, is $592.89. Your starting balance according to this analysis should be $1,839.33.

After considering the deficiency, you still have a remaining shortage of $1,246.44. This shortage may be collected from you over a period of 12 months unless the shortage is less than 1 month's deposit, in which case we have the additional option of requesting payment within 30 days. We have chosen to: Increase Escrow Payment to Cover Shortage

Please keep this statement for comparison with the actual activity in your account at the end of the next escrow account computation year.

Your mortgage payment for the coming year will be $948.71 of which $582.08 will be for principal and interest and $366.63 will go into your escrow account.

# SUNBELT FEDERAL CREDIT UNION
## Annual Escrow Account Disclosure Statement



LINDA R GANT
1400 SOUTHSIDE ST
MOUNT OLIVE MS 39119-4203

Account: L2

This is a statement of actual activity in your escrow account since 08/01/2024.  (Last year's projections are next to the actual activity.)

Your mortgage payment for the past year was $784.66 of which $582.08 was for principal and interest and $202.58 went into your escrow account.

| Month | Projected Deposits | Actual Deposits | Projected Payments | Description | Actual Payments | Description | Projected Balance | Actual Balance |
|---|---|---|---|---|---|---|---|---|
| Starting Balance | | | | | | | 1436 | 1436 |
| August | 203 | 203 | 0 | | 0 | | 1621 | 1639 |
| September | 203 | 203 | 0 | | 0 | | 1823 | 1841 |
| October | 203 | 203 | 0 | | 0 | | 2026 | 2044 |
| November | 203 | 203 | 0 | | 0 | | 2228 | 2246 |
| December | 203 | 203 | 0 | | 300 | | 2431 | 2149 |
| December | 0 | 0 | 0 | | 373 | | 2431 | 1776 |
| December | 0 | 0 | 0 | | 261 | | 2431 | 1516 |
| January | 203 | 203 | 328 | | 2520 | | 2305 | -802 |
| January | 0 | 0 | 261 | | 0 | | 2045 | -802 |
| February | 203 | 203 | 1842 | | 0 | | 405 | -599 |
| March | 203 | 203 | 0 | | 0 | | 608 | -396 |
| April | 203 | 203 | 0 | | 0 | | 810 | -194 |
| May | 203 | 405 | 0 | | 0 | | 1013 | 211 |
| June | 203 | 0 | 0 | | 0 | | 1215 | 211 |
| July | 203 | 0 | 0 | | 0 | | 1418 | 211 |

An asterisk (*) indicates a difference from a previous estimate either in the date or the amount.

Last year, we anticipated that payments from your account would be made during this period equaling $2,430.94.  Your lowest monthly balance should not have exceeded $405.16.

Your actual lowest monthly balance was less than $405.16.  The items with an asterisk on your Account History may explain this.  If you want a further explanation, please call our toll-free number.



**SUNBELT**
Federal Credit Union

July 1, 2025

Thank you for being a member of Sunbelt Federal Credit Union. It is our pleasure to provide lending services for you, including your mortgage loan. We are required to provide an annual analysis of your escrow account and adjust your mortgage payment if necessary. If your total payment amount changes, be sure to **update your payment source for automatic payments. We will not change recurring transfers without your permission.** Please review the following frequently asked questions and your enclosed escrow statement. We have also enclosed a recent history showing your current escrow activity. You may contact our Member Service department if you have any additional questions.

Thank you!

Q: **The new payment breakdown that is effective on 8/1/2025 shows a higher payment than I am currently paying. Can I do anything to keep my payment the same?**

A: No. If an amount is indicated in the shortage or deficiency section of your statement, you can pay the shortage amount. This will eliminate the monthly shortage/deficiency spread figure and minimize the impact on your future monthly payment. The starting balance on the escrow statement indicates the balance that should be in your escrow account after your June payment. Any actual escrow balance that will not match this figure on July 01, 2025, creates the deficiency indicated on the escrow analysis. Further, the shortage amount is created by the difference between the current escrow payment and the monthly amount needed to handle the estimated payouts going forward.

Q: **If I pay the escrow shortage, will my monthly mortgage payment still change?**

A: Yes, even if you pay your shortage the mortgage payment will change depending on the increase of taxes and/or insurance from the previous year.

Q: **I want to pay the shortage, but I cannot pay it this month. Can I pay the shortage in multiple payments?**

A: No. The entire shortage amount must be paid in full by 7/31/2025 in addition to the scheduled July payment.

Q: **If I plan to pay the new payment shown on my statement, do I have to contact Sunbelt?**

A: No, you will pay the total payment amount indicated as your mortgage payment for the coming year. This is the payment amount for each payment due on or after 8/1/2025.

Q: **I am due a refund. When will I receive my refund and how will I receive it?**

A: Escrow refunds due in the amount of $50.00 or more will be transferred to your Regular Shares account (99) on 7/31/2025. Refund amounts less than $50.00 will remain in your escrow account.

Q: **How can I contact Member Services?**

A: The Member Services department is available Monday – Friday, 7:30 AM to 6 PM and Saturday 9 AM – 1 PM. By phone, call 601-649-7181 and select option 2, or you can send a secure message via our Cloud Branch website or our Cloud Branch app by logging into your account.

Administration Office
6885 U.S. Highway 49 Hattiesburg, MS 39402  -  601-649-7181



sunbeltfcu.org