# UNITED STATES BANKRUPTCY COURT
## Southern District of Mississippi
### Chapter 13 No. 24-51522-KMS

In Re:

    Linda Ruth Gant

            Debtor(s)

## CERTIFICATE OF SERVICE

I hereby certify that on July 03, 2025, I served a copy of this Notice and all attachments upon each of the entities named below by the court's notice of electronic filing or by placing a copy thereof in an envelope, In the United States mail postage prepaid, addressed to each of them as follows:

By U.S. Postal Service First Class Mail Postage Prepaid:

Debtor:             Linda Ruth Gant
                       1400 Southside St
                       Mount Olive, MS 329119

Debtor's Attorney:  Thomas Carl Rollins Jr
                       The Rollins Law Firm, PLLC
                       P O Box 13767
                       Jackson. MS 39236

Trustee:           David Rawlings, Chapter 13 Trustee
                       P. O. Box 566
                       Hattiesburg, MS 39403

                                            /s/ Lisa Jefcoat_____
                                     (As authorized agent for Central Sunbelt FCU

Company          Sunbelt Federal Credit Union
Address            6885 US Highway 49 N   #3
                         Hattiesburg, MS 39402
Contact Number   601-649-7181 Ext 2031