

# The Rollins Law Firm, PLLC

**INVOICE**

Invoice # 8139
Date: 07/25/2025
Due On: 08/24/2025

P.O. Box 13767
Jackson, MS 39236
United States

Linda Ruth Gant

## 05566-Gant Linda Ruth

### Services

| Type | Attorney | Date | Notes | Quantity | Rate | Total |
|---|---|---|---|---|---|---|
| Service | KR | 03/19/2025 | Draft Fee Application and Proposed Order: Drafted 2nd invoice; drafted 2nd part of the Application for Compensation; drafted the Proposed Order and the Notice; drafted email memo to TR re: review 2nd Application for Compensation | 0.20 | $0.00 | $0.00 |
| Service | KR | 03/19/2025 | Drafted email memo to SA with the affidavit to notarize and sign for the 2nd Application for Compensation | 0.10 | $0.00 | $0.00 |
| Service | KR | 03/19/2025 | Reviewed email memo from SA with the signed and notarized affidavit for the Application; merged with the existing Application for Compensation | 0.10 | $0.00 | $0.00 |
| Service | TR | 03/20/2025 | Review and approve fee app drafted by JC | 0.10 | $0.00 | $0.00 |
| Service | KR | 03/20/2025 | Review email from Attorney: Reviewed email memo from TR re: Application for Compensation; prepared the Application for Compensation, Exhibit A and C for upload to Certificate of Service | 0.10 | $0.00 | $0.00 |
| Service | KR | 03/21/2025 | Received and reviewed the Declaration of Mailing from Certificate of Service; prepared the Application for Compensation, the Noitce with the Declaration attached, Exhibits A, C, the Proposed Order and the Cost of | 0.20 | $0.00 | $0.00 |

Invoice # 8139 - 07/25/2025

|  |  |  | Mailing for upload to the court |  |  |  |
|---|---|---|---|---|---|---|
| Service | BB | 04/11/2025 | Incoming Call: Phone conference with debtor stating she received a check for damages to her home from the insurance company. Informed the debtor to not cash the check until she hears back from us. Researched debtors previous tasks and could not find mention of insurance claim. Phone conference with debtor requesting any documentation for the claim and the amount of the check. | 0.20 | $100.00 | $20.00 |
| Service | JC | 04/14/2025 | Call Debtor: Reviewed e-mail from BB regarding debtor receiving insurance check; called debtor; she said that she forgot the insurance paperwork at home; she will send to me; she said they did an assessment and provided a repair estimate; drafted text message to debtor providing my e-mail address to send documents. | 0.20 | $155.00 | $31.00 |
| Service | JC | 04/15/2025 | Reviewed insurance adjusters estimate submitted by debtor via e-mail as separate jpeg pages; merged pages to create one document; reviewed confirmed plan; drafted memo to TR attaching same for his review and explaining debtor received an insurance check for water damage; drafted e-mail reply to debtor informing I will let her know as soon as I know how to handle the check. | 0.20 | $155.00 | $31.00 |
| Service | TR | 04/15/2025 | Review memo from JC re: Insurance Check received by client | 0.10 | $360.00 | $36.00 |
| Service | JC | 04/16/2025 | Reviewed memo from TR regarding debtor's insurance check; reviewed trustee's website to obtain case administrator's name; drafted e-mail to T Founds attaching adjuster's report and inquiring if debtor has permission to handle the repairs/ check directly. | 0.10 | $155.00 | $15.50 |
| Service | JAC | 04/16/2025 | Review: 24-51522-KMS Order on Application for Compensation Document# 37 | 0.10 | $0.00 | $0.00 |
| Service | JC | 04/16/2025 | Reviewed e-mail from T Founds informing she forwarded the insurance information to Sam for a response. | 0.10 | $155.00 | $15.50 |

Invoice # 8139 - 07/25/2025

| | | | | | | |
|---|---|---|---|---|---|---|
| Service | JC | 04/16/2025 | Contact Debtor (Text/Email): Reviewed e-mail from staff attorney informing if the insurance is for repairs, the Trustee does not need to be involved; drafted text message to debtor informing same. | 0.10 | $155.00 | $15.50 |
| Service | JC | 04/18/2025 | Reviewed e-mail from TR forwarding correspondence between trustee's office and Sunbelt regarding debtor being allowed to use the repair check instead of sending through BK. | 0.10 | $0.00 | $0.00 |
| Service | JC | 04/24/2025 | Reviewed e-mail from someone named Linda requesting a call with no phone number; drafted reply asking for same. | 0.10 | $155.00 | $15.50 |
| Service | JC | 04/24/2025 | Call Debtor: Reviewed e-mail from debtor requesting a call; called debtor; she said Sunbelt needed authorization from the trustee that she can cash the repair check; informed her that the trustee e-mailed Andrew Wallace with Sunbelt; drafted e-mail to debtor forwarding copy of that e-mail. | 0.10 | $155.00 | $15.50 |
| Service | JC | 06/17/2025 | Call Debtor: Reviewed e-mail from debtor requesting a call; called debtor, left voicemail for a return call. | 0.10 | $155.00 | $15.50 |
| Service | CO | 06/20/2025 | Incoming Call: Phone conference with debtor inquiring how to address the debt she owes the IRS for 2024. Drafted email memo to JC to advise. | 0.10 | $100.00 | $10.00 |
| Service | JC | 06/23/2025 | Contact Debtor (Text/Email): Reviewed e-mail memo from CO informing debtor wants to add her 2024 tax liability to her bankruptcy; drafted text to debtor requesting she e-mail me a signed copy of her tax return so that I can send it to the IRS BK Dept.; informed her that they do not have to accept the claim. | 0.10 | $155.00 | $15.50 |
| Service | JC | 06/25/2025 | Reviewed 2024 tax return submitted via e-mail by debtor; screenshot each page to reduce to only the information needed - it included a lot of extra blank space; converted to pdf and merged all pages to create one document; reviewed IRS POC; drafted e-mail to Liz with IRS attaching POC and tax return and requesting she amend the POC to | 0.30 | $155.00 | $46.50 |

| | | | | | | |
|---|---|---|---|---|---|---|
| | | | include the 2024 tax liability. | | | |
| Service | JC | 07/02/2025 | Reviewed docket, IRS POC not yet amended; drafted follow-up e-mail to Liz with IRS regarding amending POC. | 0.10 | $155.00 | $15.50 |
| Service | JAC | 07/07/2025 | Review: 24-51522-KMS Notice of Mortgage Payment Change Document# 39 | 0.10 | $360.00 | $36.00 |
| Service | JC | 07/09/2025 | Reviewed docket, IRS POC not yet amended; drafted follow-up e-mail to Ms. Garcia-Casellas with IRS regarding amending POC. | 0.10 | $155.00 | $15.50 |
| Service | JC | 07/11/2025 | Contact Debtor (Text/Email): Reviewed e-mail from IRS informing the 2024 tax liability cannot be added to the bankruptcy; drafted text message to debtor informing same. | 0.10 | $155.00 | $15.50 |
| Service | TR | 07/17/2025 | Review and revise itemizations | 0.10 | $360.00 | $36.00 |
| Service | KR | 07/25/2025 | Reviewed court docket for previous invoices and Applications filed; reviewed the Trustee's website to verify attorney fees paid to date; drafted 1st part of the 3rd Application | 0.30 | $155.00 | $46.50 |
| | | | | **Services Subtotal** | | **$448.00** |

## Expenses

| Type | Date | Notes | Quantity | Rate | Total |
|---|---|---|---|---|---|
| Expense | 03/21/2025 | Difference for Mailing Expense of the 2nd Application for Compensation (certificateofservice.com) | 1.00 | $16.30 | $16.30 |
| Expense | 07/25/2025 | Estimated Mailing Expense for the 3rd Application for Compensation (certificateofservice.com | 1.00 | $3.50 | $3.50 |
| | | | **Expenses Subtotal** | | **$19.80** |

| Time Keeper | Position | Quantity | Rate | Total |
|---|---|---|---|---|
| Jennifer Curry Calvillo | Attorney | 0.1 | $360.00 | $36.00 |
| Jennifer Curry Calvillo | Attorney | 0.1 | $0.00 | $0.00 |
| Thomas Rollins | Attorney | 0.2 | $360.00 | $72.00 |
| Thomas Rollins | Attorney | 0.1 | $0.00 | $0.00 |

Invoice # 8139 - 07/25/2025

| | | | | | |
|---|---|---|---|---|---|
| Brooke Brueland | | Non-Attorney | 0.2 | $100.00 | $20.00 |
| Jacki Curry | | Non-Attorney | 1.7 | $155.00 | $263.50 |
| Jacki Curry | | Non-Attorney | 0.1 | $0.00 | $0.00 |
| Clara Ortega | | Non-Attorney | 0.1 | $100.00 | $10.00 |
| Kerri Rodabough | | Non-Attorney | 0.3 | $155.00 | $46.50 |
| Kerri Rodabough | | Non-Attorney | 0.7 | $0.00 | $0.00 |
| | | | | **Subtotal** | **$467.80** |
| | | | | **Total** | **$467.80** |

## Detailed Statement of Account

### Other Invoices

| Invoice Number | Due On | Amount Due | Payments Received | Balance Due |
|---|---|---|---|---|
| 7197 | 12/11/2024 | $2,157.99 | $0.00 | $2,157.99 |
| 7724 | 04/18/2025 | $1,482.92 | $0.00 | $1,482.92 |

### Current Invoice

| Invoice Number | Due On | Amount Due | Payments Received | Balance Due |
|---|---|---|---|---|
| 8139 | 08/24/2025 | $467.80 | $0.00 | $467.80 |
| | | | **Outstanding Balance** | **$4,108.71** |
| | | | **Total Amount Outstanding** | **$4,108.71** |

Please fill out the fields below to get an estimate of what your mailing project will cost.

**1** How many PAGES are in the document(s) you intend to upload?   [5]   pages
Our rate is dependant on the number of pages you are intending to upload. Simply look at the page count in your pdf document(s) and input that number of pages in the box at right.

**2** How many parties will be receiving your documents?   [1]   parties
This is another way of asking how many envelopes will we have to stuff?

**3** We will print on both sides of the sheet.   [2]
We print on both sides of the sheet to reduce cost and weight. Printing on only one side of the sheet will quickly increase the cost of the postage incurred.

**4** We will print your documents 1 page per side.   [1]

**Disclaimer & User Agreement:**

By clicking on the 'Get Estimate' button below, you (hereafter "User") agree to the following terms and conditions. This quote is for estimation purposes and is not a guarantee of cost for services. Quote is based on current information from User about the mailing project requirements. It does not constitute a review by BK Attorney Services, LLC for pricing on the actual cost of mailing a particular project. Many factors may or may not be known at the time of obtaining the estimate.  Changes in addresses, changes in documents, international mail costs and other factors all influence the

[Get Estimate!]

**Results will output below.**

Print rate charge includes (1) the preparation and printing of the documents for mailing, (2) the preparation and printing of the necessary envelopes for the mailing, (3) the folding and insertion of the documents into the envelope, (4) the sealing of the envelope, (5) the affixing of the proper first class postage on the envelope, (6) pre-sorting the envelopes for delivery to the USPS - Business Mail Entry Unit, and (7) the preparation and electronic delivery of our proof of service document for filing on Pacer/ECF.

|  |  |
|---|---|
|  | 2.5 |
| Date and Time: | Fri Jul 25 2025 14:26:14 GMT-0500 (Central Daylight Time) |
| Total Pages to Print: | 5 |
| Sheets Per Envelope | 2.5 |
| First Class Postage Rate | $ 0.78 |
| Print Rate: | $ 0.19 |
| Printing Cost: | $                                              0.95 |
| Postage Cost: | $                                              0.78 |
| Total Cost: | $                             3.50 (Minimum Charge) |

[Print This Estimate]

(C) 2020 CERTIFICATEOFSERVICE.COM. ALL RIGHTS RESERVED