**Fill in this information to identify the case:**

Debtor 1     Linda Ruth Gant

Debtor 2
(Spouse, if filing)

United States Bankruptcy Court for the:  Southern   District of  MS
(State)

Case number   24-51522-KMS

Official Form 410S1

# Notice of Mortgage Payment Change                12/25

If the debtor's plan provides for payment of postpetition contractual installments on your claim secured by a security interest in the debtor's principal residence, you must use this form to give notice of any changes in the installment payment amount.  File this form as a supplement to your proof of claim at least 21 days before the new payment amount is due. See Bankruptcy Rule 3002.1.

**Name of creditor:**  Sunbelt Federal Credit Union          **Court claim no**. (if known): 2

**Last 4 digits** of any number you use to identify the debtor's account:   2  2  0  9

**Date of payment change:**
Must be at least 21 days after date of this notice      08 / 01 / 2026

**New total payment:**
Principal, interest, and escrow, if any     $ 950.69
*For HELOC payment amounts, see Part 3*

| Part 1: | Escrow Account Payment Adjustment |
| --- | --- |

1. **Will there be a change in the debtor's escrow account payment?**

   ☐ No

   ☑ Yes. Attach a copy of the escrow account statement prepared in a form consistent with applicable nonbankruptcy law. Describe the basis for the change.  If a statement is not attached, explain why: _____

   _____

   **Current escrow payment:** $ 366.63          **New escrow payment:** $ 368.61

| Part 2: | Mortgage Payment Adjustment |
| --- | --- |

2. **Will the debtor's principal and interest payment change based on an adjustment to the interest rate on the debtor's variable-rate account?**

   ☑ No

   ☐ Yes. Attach a copy of the rate change notice prepared in a form consistent with applicable nonbankruptcy law. If a notice is not attached, explain why: _____

   _____

   **Current interest rate:**  _____%          **New interest rate:**  _____%

   **Current principal and interest payment:** $ _____          **New principal and interest payment:** $ _____

| Part 3: | Annual HELOC Notice |
| --- | --- |

3. **Will there be a change in the debtor's home-equity line-of-credit (HELOC) payment for the year going forward?**

   ☑ No

   ☐ Yes.

   **Current HELOC payment:**      $_____

   **Reconciliation amount:**      + $_____ or
                                    - $_____

Debtor 1    Linda    Ruth    Gant
            First Name    Middle Name    Last Name

Case number (*if known*) 24-51522-KMS

Amount of next payment (including reconciliation amount)          $_____

Amount of the new payment thereafter (without reconciliation amount)     $_____

| Part 4: | Other Payment Change |

4.  **Will there be a change in the debtor's mortgage payment for a reason not listed above?**

☑ No
☐ Yes. Attach a copy of any documents describing the basis for the change, such as a repayment plan or loan modification agreement. (*Court approval may be required before the payment change can take effect.*)

Reason for change:  _____

Current mortgage payment: $ _____        New mortgage payment:  $ _____

| Part 5: | Sign Here |

The person completing this Notice must sign it. Sign and print your name and your title, if any, and state your address and telephone number.

*Check the appropriate box.*

☐ I am the creditor.

☑ I am the creditor's authorized agent.

**I declare under penalty of perjury that the information provided in this claim is true and correct to the best of my knowledge, information, and reasonable belief.**

✘ /s/ Lisa Jefcoat
Signature

Date   7/3/26

Print:    Lisa           Michelle        Jefcoat
          First Name      Middle Name     Last Name

Title   Sr. Collector

Company    Sunbelt Federal Credit Union

Address    6885 US Highway 49  #3
           Number            Street
           Hattiesburg                MS        39402
           City                       State     ZIP Code

Contact phone   ( 601 ) 649 _ 7181

Email  lisa.jefcoat@sunbeltfcu.org

Official Form 410S1        **Notice of Mortgage Payment Change**        page **2**