# UNITED STATES BANKRUPTCY COURT
## Southern District of Mississippi
### Chapter 13 No. 24-51522-KMS

In Re: Linda Ruth Gant

Debtor(s)

# CERTIFICATE OF SERVICE

I hereby certify that on July 03, 2026, I served a copy of this Notice and all attachments upon each of the entities named below by the court's notice of electronic filing or by placing a copy thereof in an envelope, In the United States mail postage prepaid, addressed to each of them as follows:

By U.S. Postal Service First Class Mail Postage Prepaid:

Debtor:         Linda R Gant
                1400 Southside St
                Mount Olive, MS 39119-4203

Debtor's Attorney:   Thomas Carl Rollins Jr
                     The Rollins Law Firm, PLLC
                     P O Box 13767
                     Jackson. MS 39236

Trustee:         David Rawlings, Chapter 13 Trustee
                 P. O. Box 566
                 Hattiesburg, MS 39403

                                    /s/ Lisa Jefcoat_____
                                    (As authorized agent for Central Sunbelt FCU)

Company       Sunbelt Federal Credit Union
Address       6885 US Highway 49 N   #3
              Hattiesburg, MS 39402
Contact Number   601-649-7181 Ext 2031

# UNITED STATES BANKRUPTCY COURT
## Southern District of Mississippi
### Chapter 13 No. 24-51522-KMS

In Re:   Linda Ruth Gant

Debtor(s)

# CERTIFICATE OF SERVICE

I hereby certify that on July 03, 2026, I served a copy of this Notice and all attachments upon each of the entities named below by the court's notice of electronic filing or by placing a copy thereof in an envelope, In the United States mail postage prepaid, addressed to each of them as follows:

By U.S. Postal Service First Class Mail Postage Prepaid:

Debtor:            Linda R Gant
                   1400 Southside St
                   Mount Olive, MS 39119-4203

Debtor's Attorney:  Thomas Carl Rollins Jr
                    The Rollins Law Firm, PLLC
                    P O Box 13767
                    Jackson. MS 39236

Trustee:            David Rawlings, Chapter 13 Trustee
                    P. O. Box 566
                    Hattiesburg, MS 39403

                    _____/s/ Lisa Jefcoat_____
                    (As authorized agent for Central Sunbelt FCU

Company        Sunbelt Federal Credit Union
Address        6885 US Highway 49 N   #3
               Hattiesburg, MS 39402
Contact Number   601-649-7181 Ext 2031

# UNITED STATES BANKRUPTCY COURT
## Southern District of Mississippi
### Chapter 13 No. 24-51522-KMS

In Re:   Linda Ruth Gant

Debtor(s)

# CERTIFICATE OF SERVICE

I hereby certify that on July 03, 2026, I served a copy of this Notice and all attachments upon each of the entities named below by the court's notice of electronic filing or by placing a copy thereof in an envelope, In the United States mail postage prepaid, addressed to each of them as follows:

By U.S. Postal Service First Class Mail Postage Prepaid:

Debtor:              Linda R Gant
                     1400 Southside St
                     Mount Olive, MS 39119-4203

Debtor's Attorney:   Thomas Carl Rollins Jr
                     The Rollins Law Firm, PLLC
                     P O Box 13767
                     Jackson. MS 39236

Trustee:              David Rawlings, Chapter 13 Trustee
                      P. O. Box 566
                      Hattiesburg, MS 39403

                                   _____/s/ Lisa Jefcoat_____
                                   (As authorized agent for Central Sunbelt FCU

Company        Sunbelt Federal Credit Union
Address        6885 US Highway 49 N   #3
               Hattiesburg, MS 39402
Contact Number   601-649-7181 Ext 2031

# UNITED STATES BANKRUPTCY COURT
## Southern District of Mississippi
### Chapter 13 No. 24-51522-KMS

In Re:   Linda Ruth Gant

                          Debtor(s)

# CERTIFICATE OF SERVICE

I hereby certify that on July 03, 2026, I served a copy of this Notice and all attachments upon each of the entities named below by the court's notice of electronic filing or by placing a copy thereof in an envelope, In the United States mail postage prepaid, addressed to each of them as follows:

By U.S. Postal Service First Class Mail Postage Prepaid:

Debtor:               Linda R Gant
1400 Southside St
Mount Olive, MS 39119-4203

Debtor's Attorney:   Thomas Carl Rollins Jr
The Rollins Law Firm, PLLC
P O Box 13767
Jackson. MS 39236

Trustee:             David Rawlings, Chapter 13 Trustee
P. O. Box 566
Hattiesburg, MS 39403

                                           /s/ Lisa Jefcoat
                                (As authorized agent for Central Sunbelt FCU)

Company        Sunbelt Federal Credit Union
Address         6885 US Highway 49 N   #3
                    Hattiesburg, MS 39402
Contact Number   601-649-7181 Ext 2031